UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                        :
CARMEN TAVAREZ-VARGAS,              :
Individually, and On Behalf of All Others    :
Similarly Situated,                                :
                                                        :           21-CV-9950 (VSB)
                                  Plaintiff,    :
                                                        :                 **ORDER**
              - against -                        :
                                                        :
ORGANIC OLIVIA LLC,                       :
                                                        :
                             Defendant.  :
                                                       :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the motion for summary judgment filed by Defendant Organic Olivia LLC. (Docs. 20–24.) It is hereby ORDERED that Plaintiff Carmen Tavarez-Vargas shall file her opposition on or before June 28, 2022. Defendant's rely, if any, shall be filed on or before July 5, 2022. The post-discovery conference previously scheduled for September 22, 2022 is hereby adjourned sine die pending the resolution of this motion.

SO ORDERED.

Dated: June 14, 2022
      New York, New York

                                                                Vernon S. Broderick
                                                                United States District Judge