UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CARMEN TAVAREZ-VARGAS, :
Individually, and On Behalf of All Others :
Similarly Situated, :
: 21-cv-9950 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
ORGANIC OLIVIA LLC, :
:
Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 24, 2022
       New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge