UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARMEN TAVAREZ- VARGAS,
Individually, and On Behalf of All Others
Similarly Situated,

                     Plaintiff,

    vs.

ORGANIC OLIVIA LLC.

                     Defendant.
------------------------------------------------------------x

Case No. 1:21-cv-09950-VSB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  August 16, 2022              **MIZRAHI KROUB LLP**

                                                            EDWARD Y. KROUB
                                                            JARRETT S. CHARO
                                                            WILLIAM J. DOWNES
                                                           200 Vesey Street, 24th Floor
                                                           New York, NY  10281
                                                           Telephone:  212/595-6200
                                                           212/595-9700 (fax)
                                                           ekroub@mizrahikroub.com
                                                           jcharo@mizrahikroub.com
                                                           wdownes@mizrahikroub.com

                                                           *Attorneys for Plaintiff*

DATED: August 16, 2022					**EISNER, LLP**

							_[signature]_
							_____
							Jeremiah T. Reynolds
							Eisner, Llp 9601 Wilshire Blvd. 7th Floor 90210
							Beverly Hills, CA 90401
							310-855-3200
							Fax: 310-855-3201
							Email: Jreynolds@eisnerlaw.com

							*Attorney for Defendant*

SO ORDERED:

_[signature]_					August 18, 2022
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE